(February 1, 1971)

Cosmopolitan Art Gallery of Huntington, Ltd., Respondent, v. Walt Whitman Management, Inc., Appellant, et al., Defendants.—

584

Concur — Markewich, J. P., Nunez, Steuer and Tilzer, JJ.